# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RENE RODRIGUEZ,

        Plaintiff,

v.                                                  Case No: 6:15-cv-1374-Orl-40GJK

PRIMETIME AMUSEMENTS USA
(CENTRAL FLORIDA) LLC,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on the parties' Renewed Joint Motion for Approval of Settlement and Dismissal of this Action with Prejudice (Doc. 25) filed on February 3, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection to Report and Recommendation (Doc. 27) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 7, 2016 (Doc. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of Settlement and Dismissal of this Action with Prejudice (Doc. 25) is **GRANTED** to the extent that the Court finds the parties' settlement agreement fair and reasonable.

3. The case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 9, 2016.

                                              PAUL G. BYRON
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties